UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD MATHEWS,<br><br>           Petitioner,<br><br>    v.<br><br>M.A. MUNTZ, Warden,<br><br>           Respondent. | Case No. SACV 05-408 AG(JC)<br><br>(~~PROPOSED~~) JUDGMENT |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 30, 2010

_____
HONORABLE ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE